## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Jody Jalbert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12082-DRH |
| *Kimberly Lee v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11787-DRH |
| *Leah Van Curler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10365-DRH |
| *Mary Ann Warren v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10015-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissals filed on March 6, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

Digitally signed
by David R.
Herndon
Date: 2015.03.09
12:46:28 -05'00'

**BY:__/s/*Caitlin Fischer*__
Deputy Clerk**

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT